# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1614

_____

TERRANCE LAMAR JACKSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

June 6, 2019

PER CURIAM.

DENIED.

ROBERTS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Terrance Lamar Jackson, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.